669 A.2d 878

**COMMONWEALTH of Pennsylvania, Respondent,**

**v.**

**William McQUILLAN, Petitioner.**

Supreme Court of Pennsylvania.

Oct. 20, 1995.

8

## ORDER

PER CURIAM.

AND NOW, this 20th day of October, 1995, the Petition for Allowance of Appeal is granted limited to Issue J: "Whether the evidence is insufficient to sustain the defendant's conviction for corrupt organizations and conspiracy to commit corrupt organizations."

MONTEMURO, J., is sitting by designation.